IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  13 C 2472 |
| | ) | (05 CR 254) |
| AMIR HOSSEINI, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM ORDER

Amir Hosseini ("Hosseini"), having been charged--together with his codefendant Hossein Obaei--"in a massive 100-count indictment alleging RICO conspiracy, money laundering, mail fraud, illegal transaction structuring, bank fraud and aiding and abetting a drug conspiracy,"[1] filed an unsuccessful appeal from his conviction on all of the counts (see n.1)[2] and then petitioned unsuccessfully for certiorari.  Although Hosseini's date of conviction was back in March 2008, lengthy delays in the appellate process (primarily caused by difficulties in obtaining complete transcripts of the five-week trial and other proceedings at the District Court level from this Court's then court reporter) led to a decision from the Court of Appeals in the spring of 2012, followed by the November 13, 2012 denial of

---

[1] That quoted language is taken from our Court of Appeals' opinion upholding the codefendants' convictions and the resulting sentences in United States v. Hosseini, 679 F.3d 544 (7th Cir. 2012).

[2] Those three counts had been dismissed before trial.

certiorari.

That being the case, Hosseini's April 2, 2013 filing of a self-prepared motion (the "Motion") under Section 28 U.S.C. §2255 ("Section 2255") that challenged his sentence and conviction was clearly timely despite the passage of several years (Hosseini's April 10, 2013 forwarding letter that accompanied his transmittal of a copy of the Motion to this Court reported that he had already served 6-1/2 years out of his 240-month sentence). In any event, this Court promptly ordered the government to respond to the Motion, and government counsel did so on June 17 in an extended memorandum that addressed seriatim the 11 grounds advanced in the Motion.

In accordance with Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, Hosseini is entitled to file a reply to the government's detailed response if he desires to do so. This Court therefore grants Hosseini leave to file such a reply on or before August 13, 2013 (although if Hosseini elects not to do so, he should apprise this Court of that decision as soon as he reaches it, to enable this Court to begin preparation of its ruling on the Motion).

_____
Milton I. Shadur
Senior United States District Judge

Date: June 25, 2013